# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1961
_____

SAM CLASBY and his spouse,
SHIRLEY CLASBY,

Appellants,

v.

MCCLELLAND'S LLC,

Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

August 13, 2019


PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James E. Moore and Bert Moore of The Moore Law Firm, Crestview, for Appellants.

Mark H. Welton and Paul Bailey of Welton Law Firm, Crestview, for Appellee.